**Appeal Dismissed and Memorandum Opinion filed January 10, 2019.**



**In The**

# Fourteenth Court of Appeals

### NO. 14-18-00779-CV

**LINDSEY J. LEARD, Appellant**

**V.**

**WELLS FARGO BANK, NA, Appellee**

**On Appeal from the 56th District Court
Galveston County, Texas
Trial Court Cause No. 18-CV-0397**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a final judgment signed August 7, 2018. Appellant's brief was due November 5, 2018. No brief or motion for extension of time to file the brief was filed.

On November 13, 2018, the court ordered appellant to filed a brief by December 5, 2018. We cautioned that if appellant failed to comply with our order, we would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b). No brief or motion for extension of time to file the brief was filed.

Therefore, the appeal is **DISMISSED**.


PER CURIAM


Panel consists of Justices Christopher, Hassan, and Poissant.